# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT



U. S. DISTRICT COURT
DISTRICT OF VERMONT
FILED  LAW
BY 6/20/2016
DEPUTY CLERK

Thomas Bryan
_____
Plaintiff(s)

vs.          Civil Action No. 5:16 -CV- 157

VT DOC LISA MENARD ET AL
CENTURION MEDICAL ET AL
_____
Defendant(s)

## APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff moves this Court for an order permitting him/her to file this action in forma pauperis without prepayment of fees and costs or security therefore because as the attached affidavit indicates, he/she is unable to pay such costs or give security therefor.

Dated at Northern State Corr. Facility, Vermont, this 31st day of May, 2016.

_____
Plaintiff

(Rev. 2/00)