UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

THOMAS HOWARD BRYAN, )
)
    Plaintiff, )
)
v. ) Case No. 5:16-cv-157
)
LISA MENARD, STEVEN FISHER, )
SHANNON MARCOUX, GREG HALE, )
and JANE or JOHN DOE as Regional )
Medical Director for Correct Care Solutions, )
)
    Defendants. )

## ORDER
### (Docs. 52, 76)

The Magistrate Judge's Report and Recommendation was filed on April 20, 2017. (Doc. 76.) After careful review of the file and the Magistrate Judge's Report and Recommendation, and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. *See* 28 U.S.C. § 636(b)(1).

Defendant's Motion for Judgment on the Pleadings (Doc. 52) is DENIED as moot, without prejudice to renew.

Dated at Rutland, in the District of Vermont, this 20 day of June, 2017.

                                      Geoffrey W. Crawford, Judge
                                      United States District Court