UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT
U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2017 JUL 10 PM 1:38

BY_____
DEPUTY CLERK

| | |
|---|---|
| THOMAS HOWARD BRYAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:16-cv-157 |
| LISA MENARD, STEVEN FISHER, SHANNON MARCOUX, GREG HALE, and JANE or JOHN DOE as Regional Medical Director for Correct Care Solutions, | ) |
| Defendants. | ) |

## ORDER
**(Docs. 77, 90)**

The Magistrate Judge's Report and Recommendation was filed on June 19, 2017. (Doc. 90.) After careful review of the file and the Magistrate Judge's Report and Recommendation, and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. *See* 28 U.S.C. § 636(b)(1).

Correct Care Solutions's Motion for Summary Judgment (Doc. 77) is GRANTED. The claims in the Second Amended Complaint (Doc. 72) against Correct Care Solutions and against "Jane or John Doe as Regional Medical Director for Correct Care Solutions"—identified as Dr. Michael Rapaport—are DISMISSED with prejudice.

Dated at Rutland, in the District of Vermont, this 10 day of July, 2017.

Geoffrey W. Crawford, Judge
United States District Court