UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

THOMAS HOWARD BRYAN, )
)
    Plaintiff, )
)
v. ) Case No. 5:16-cv-157
)
LISA MENARD, SHANNON MARCOUX, )
GREG HALE, DR. STEVEN FISHER, )
)
    Defendants. )

**ORDER**
**(Docs. 103, 107)**

The Magistrate Judge's Report and Recommendation was filed on January 25, 2018. (Doc. 107.) After careful review of the file and the Magistrate Judge's thorough Report and Recommendation, and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. *See* 28 U.S.C. § 636(b)(1).

The Motion for Summary Judgment filed by Defendants Lisa Menard, Shannon Marcoux, Greg Hale, and Dr. Steven Fisher (Doc. 103) is GRANTED and the claims alleged in the Second Amended Complaint are DISMISSED.

Dated at Rutland, in the District of Vermont, this 6 day of March, 2018.

Geoffrey W. Crawford, Chief Judge
United States District Court